UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TARRELL HENDRIX,                                          21-CR-131 (JLS)

        Defendant.

---

### ORDER ON MOTIONS *IN LIMINE* & SEQUESTRATION ORDER

At the February 3, 2022, final pretrial conference, the Court addressed pending motions. The Court heard argument, as necessary, deferred on some issues, and issued the following rulings, for the reasons stated on the record:

- Defendant's Motion for a Bill of Particulars, Dkt. 53, is **DENIED**.

- Defendant's Motion to Preclude Admission of Defendant's Statements Regarding the Portage Street Firearms, Dkt. 92, is **DENIED**.

- Defendant's Motion to Preclude Use of the Word "victim," Dkt. 56, is **GRANTED** to the extent the word is used during the questioning of witnesses. Use of the word is permitted during opening statements and closing arguments.

- Defendant's Motion to Preclude Government Expert Witnesses, Dkt. 78, is **DENIED.**

- Defendant's Motion to Show Video on Unconscious Bias, Dkt. 55, is **DENIED.**

- The Government's Motion to Introduce Evidence Related to Defendant's Prior Federal Case, Dkt. 50, is **DENIED** with respect to evidence regarding Defendant being advised of the conditions of his supervised release, and **GRANTED** with respect to evidence regarding Defendant's prior felony conviction and regarding him absconding from supervised release.

- The Government's Motion to Introduce Facebook Records, Dkts. 48 and 50, is **GRANTED** to the extent that authentication may be handled through conditionally admitting evidence and linking it up later with the proper authentication.

- Defendant's Objections to the Government's Exhibit 16G, timestamp :15-:34 (statements regarding United States District Judge William M. Skretny), Exhibit 16L, timestamp :27-:35 (statements regarding his former probation officer's grandmother), and Exhibit 16R, timestamps 1:33-1:46, 2:38-2:42, and 3:24-3:40 (statements regarding former probation officer's family), are **SUSTAINED.**

## SEQUESTRATION ORDER

The Government asked the Court to sequester all witnesses, except for Federal Bureau of Investigations Special Agent Thomas Weis (Dkts. 43 and 49). The Court **granted** that request, consistent with Federal Rule of Evidence 615. The Court further excepts the defendant from this sequestration order. *See* Fed. R. Evid. 615(a).

The Court also: (1) prohibits disclosure of trial testimony to witnesses who are excluded from the courtroom pursuant to this order; and (2) prohibits excluded witnesses from accessing trial testimony.

**SO ORDERED.**

Dated:     February 4, 2022
           Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE